624

390 A.2d 301

Commonwealth ex rel. Ioele v. Ioele, Appellant.

Argued March 20, 1978. Stanley M. Poplow, for appellant; Vincent J. LaBrasca, for appellee.

Order affirmed.

·390 A.2d 301

Commonwealth ex rel. Murray, Appellant, v. Schmidt.

Argued March 28, 1978. Robert F. Pappano, for appellant; No appearance entered nor brief submitted for appellee.

Case is remanded with instructions to take testimony. *See, Commonwealth ex rel. Wasiolek v. Wasiolek,* 251 Pa.Super. 108, 380 A.2d 400 (1977).

CERCONE, J., did not participate in the consideration or decision of this case.